UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAVID KRONE,     )
                 )
   Plaintiff,    )
                 )
v.               )   Case No. 4:16-CV-1801-RLW
                 )
CITY OF PINE LAWN, )
                 )
   Defendant.    )
                 )

## MEMORANDUM AND ORDER

This matter is before the Court on attorney Michael J. Brunton's motion for admission pro hac vice pursuant to Rule 12 of the Local Rules of the United States District Court for Eastern District of Missouri. (ECF No. 13) This rule provides in pertinent part:

> An attorney who is not regularly admitted to the bar of this Court, but who is a member in good standing of the bar of the highest Court of any state or the District of Columbia, may be admitted pro hac vice for the limited purpose of appearing in a specific action. Unless allowed by a judge for good cause, an attorney may not be granted admission pro hac vice if the applicant resides in the Eastern District of Missouri, is regularly employed in the Eastern District of Missouri, or is <u>regularly engaged in the practice of law in the Eastern District of Missouri</u>.

E.D. Mo. L.R. 12.01(F) (emphasis added).

Mr. Brunton's motion for pro hac vice admission states that he is not regularly engaged in the practice of law in this district. The Court is aware, however, that Mr. Brunton has appeared as counsel in at least two other active cases in this district, in addition to the instant matter. The cases are:

1. 4:14cv2063-ERW, <u>United States of America v. E-Rate Program, et al.</u>

2. 4:15cv1231-AGF, <u>Collins v. City of Pine Lawn</u>

In addition to those active cases, Mr. Brunton has appeared regularly in this district throughout the last decade. For example, Mr. Brunton has appeared in the following cases that are now closed:

1. 4:15cv1238-RWS, <u>Blakeney v. City of Pine Lawn</u>
2. 4:15cv1131-JAR, <u>Thomas v. The Washington University</u>
3. 4:15cv373-RWS, <u>Blakeney v. City of Pine Lawn</u>
4. 4:10cv1859-HEA, <u>Jackson v. Davidson Hotel Company, LLC</u>
5. 4:10cv323-TCM, <u>Suasillo v. Washington University</u>
6. 4:06mc249-ERW, <u>United States v. Ancilla Systems, Inc.</u>

The Court believes that with this frequency of appearance, Mr. Brunton is regularly employed in this district and, therefore, is not eligible for pro hac vice admission. Mr. Brunton will be ordered to, within seven (7) days of the date of this order, either (1) file a verified statement that he will submit an application for admission to practice before this Court pursuant to Local Rule 12.01(C) no later than December 30, 2016, or (2) seek leave to withdraw his entry of appearance in this case. If Mr. Brunton files a statement that he will seek admission to the bar of this Court, the Court will grant the motion for admission pro hac vice to permit interim admission for purposes of this case.

Accordingly,

**IT IS HEREBY ORDERED** that attorney Michael J. Brunton shall, by **December 13, 2016**, either (1) file a verified statement that he will submit an application for admission to practice before this Court pursuant to Local Rule 12.01(C) by **December 30, 2016**, or (2) seek leave to withdraw his entry of appearance in this case.

**IT IS FURTHER ORDERED** that the motion for pro hac vice admission filed by Mr. Brunton remains pending.

**IT IS FURTHER ORDERED** that if Mr. Brunton elects to seek leave to withdraw his entry of appearance in this case, he shall attach a copy of this order to any future motions for admission pro hac vice that he files in this district.

Dated this 6th day of December, 2016.

                                                            *Ronnie L. White*
                                                            **RONNIE L. WHITE**
                                                            **UNITED STATES DISTRICT JUDGE**